NO. 07-11-0362-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

OCTOBER 26, 2011

_____

JOHNNY ROBINSON, JR., APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 137TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2011-431,478; HONORABLE JOHN J. McCLENDON III, JUDGE

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Pursuant to a plea bargain, Appellant, Johnny Robinson, Jr., was convicted of sexual assault of a child and sentenced to twelve years confinement. The *Trial Court's Certification of Defendant's Right to Appeal* indicates that Appellant's case was a plea-

bargain case with no right of appeal and that Appellant waived his right of appeal. Nevertheless, Appellant filed a *pro se* "Motion of Appeals" to challenge his conviction.[1]

By letter dated September 15, 2011, this Court notified Appellant of the consequences of the certification and invited him to either file an amended certification showing a right of appeal or demonstrate other grounds for continuing the appeal on or before October 17, 2011. Appellant was also notified that failure to do so might result in dismissal of the appeal pursuant to Rule 25.2 of the Texas Rules of Appellate Procedure. An amended certification was not filed.

Because an amended certification reflecting a right of appeal was not filed and because good cause for continuing the appeal was not provided, this appeal is dismissed based on the certification signed by the trial court. *See* Tex. R. App. P. 25.2(d).

Patrick A. Pirtle
Justice

Do not publish.

---

[1]This notice of appeal is considered timely filed according to the envelope contained in the clerk's record.